UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALBERT C. BURGESS, JR.,

    Petitioner,

v.

DAN SPROUL

    Respondent.

Case No. 20-cv-1349-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that petitioner Albert C. Burgess, Jr's motion pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent Dan Sproul and against petitioner Albert C. Burgess, Jr., and that this case is dismissed without prejudice.

**IT IS SO ORDERED.**
**DATED:  April 22, 2022**

                                        **/s/ J. Phil Gilbert**
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**